

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2016

No. 04-16-00230-CV

**IN RE SEMGROUP CORP.,**
Rose Rock Midstream, L.P., and Rose Rock Midstream Field Services, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                   Marialyn Barnard, Justice
                   Patricia O. Alvarez, Justice

On April 13, 2016, relators filed a petition for writ of mandamus and an unopposed emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than May 4, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED. The trial court's order compelling the depositions of Norm Szydlowski and Pete Schwiering to occur by April 24, 2016 is TEMPORARILY STAYED pending further order of this court. Plaintiffs' notices of intention to take the depositions of Norm Szydlowski and Pete Schwiering beginning April 22, 2016 are also TEMPORARILY STAYED pending further order of this court.

It is so **ORDERED** on April 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 15-01-13356-ZCV, styled *Maribel Rodriguez, Individually and as Representative of the Estate of David Rodriguez, Deceased and as Next Friend of Maribel Rodriguez, Alejandro Rodriguez and David Rodriguez, Minors; Juan Rodriguez, Individually, and Maria A. Cerda de Rodriguez, Individually v. Rose Rock Midstream Field Services, LLC; Rose Rock Midstream, LP; SemGroup Corporation and Jesus T. Riojas*, pending in the 293rd Judicial District Court, Zavala County, Texas, the Honorable Bill C. White presiding.